IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 15-CV-12 |
| | ) | |
| vs. | ) | |
| | ) | |
| FORTY-FIVE THOUSAND SIX | ) | **DEFAULT JUDGMENT AGAINST** |
| HUNDRED FORTY DOLLARS | ) | **THE DEFENDANT PROPERTY,** |
| ($45,640) IN UNITED STATES | ) | **ULYSSES ALEXANDER** |
| CURRENCY, | ) | **MARIN-ROLON, AND ANY AND** |
| | ) | **ALL UNKNOWN PERSONS** |
| Defendant. | ) | |

In accordance with Rule 55 and Rule 58, Federal Rules of Civil Procedure,

default judgments are entered in favor of the United States of America, against the

defendant property, Ulysses Alexander Marin-Rolon, and any and all unknown

persons.

1.     A Complaint for Forfeiture *in Rem* was filed on February 3, 2015.  The

United States seeks forfeiture of the defendant property pursuant to Title 21,

United States Code, Section 881(a)(6).  (Clerk's DR at 1).

2.     On February 6, 2015, a Notice of Complaint for Forfeiture and a copy

of the Complaint for Forfeiture *in Rem*, were served on Attorney Michael

Lahammar, on behalf of Ulysses Alexander Marin-Rolon.  (Clerk's DR at 5).

3.     Notice of this forfeiture action was advertised on www.forfeiture.gov

beginning February 4, 2015, and continuing through March 5, 2015, the official

government website for forfeiture.  (Clerk's DR at 3).

4. Ulysses Alexander Marin-Rolon has failed to timely claim, answer or otherwise defend this action after notice was provided pursuant to Rule G of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure.

5. No unknown persons have come forward to file claims, answers, or otherwise defend this action after publication was advertised on www.forfeiture.gov.

6. Plaintiff's Motions for Default Entry against the defendant property, Ulysses Alexander Marin-Rolon, and any and all unknown persons were granted, and the Clerk's Entry of Defaults were filed herein on April 13 and 14, 2015. (Clerk's DR at 7 and 9).

IT IS HEREBY ORDERED:

1. Plaintiff's Motion for Default Judgment against the defendant property Ulysses Alexander Marin-Rolon, and any and all unknown persons is hereby granted.

2. Any right, title or interest held by Ulysses Alexander Marin-Rolon, and any and all unknown persons in the defendant property is hereby forever barred and foreclosed.

DATED this 17 day of April , 2015.

EDWARD J. McMANUS, JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA

2